UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO.: 2:25-cr-264-SPC-NPM

DONALD CARL WOODS

## PRELIMINARY ORDER OF FOREFEITURE

Before the Court is the United States' Motion for Preliminary Order of Forfeiture. (Doc. 29). Now that Defendant has been adjudicated guilty, the Government seeks a preliminary order forfeiting a Smith & Wesson firearm (S/N JCW0293) and ammunition seized on or about April 28, 2025. *See* 18 U.S.C. § 924(d)(1); 21 U.S.C. § 853; and 28 U.S.C. § 2461(c); Fed. R. Crim. P. 32.2(b)(2).

In so moving, the Government has connected the above assets to the crimes of conviction. The Court thus finds the United States is entitled to possession of the assets.

Accordingly, it is

**ORDERED**:

The United States' Motion for Preliminary Order of Forfeiture (Doc. 29) is **GRANTED**.

1.     The assets are **FORFEITED** to the United States for disposition according to law and subject to 18 U.S.C. § 924(d)(1), 21 U.S.C. §

853, 28 U.S.C. § 2461(c), and Rule 32.2(b)(2).

2.  This Order will become a final order of forfeiture as to Defendant at sentencing.

3.  Jurisdiction is retained to the extent necessary to complete the forfeiture and disposition of the assets.

**DONE AND ORDERED** in Fort Myers, Florida on February 23, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record