UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                              Case No. 2:25-cr-264-SPC-NPM

DONALD CARL WOODS

_____

## FINAL ORDER OF FORFEITURE

Before the Court is the United States' Motion for a Final Order of Forfeiture. (Doc. 40).  The Government seeks to have forfeited a **Smith & Wesson firearm (S/N JCK0293) and ammunition seized on or about April 28, 2025** ("**Assets**"), which were subject to the Court's February 24, 2026 Preliminary Order of Forfeiture. (Doc. 30).  Although the Government gave proper notice, no third party has petitioned for the Assets, and the time to do so has expired.  The Court thus will forfeit all right, title, and interest in the Assets to the Government. *See* 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), Federal Rules of Criminal Procedure.

Accordingly, it is now

**ORDERED:**

The United States' Motion for Final Order of Forfeiture (Doc. 40) is **GRANTED**.

1.     Defendant's interest in the Smith & Wesson firearm (S/N

JCW0293) and ammunition are **CONDEMNED** and **FORFEITED** to the United States for disposition according to law and subject to 21 U.S.C. § 853(n)(7), and Federal Rule of Criminal Procedure 32.2(c)(2).

2.     Clear title to the Assets is now **VESTED** in the United States.

**DONE** and **ORDERED** in Fort Myers, Florida, on June 10, 2026.

**SHERI POLSTER CHAPPELL**
**UNITED STATES DISTRICT JUDGE**

Copies: All Parties of Record

2